THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:05-cr-00223-MR-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | O R D E R |
| | ) | |
| | ) | |
| JOHN CALVIN BAKER, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Defendant's *pro se* motion for a reduction of sentence [Doc. 57], which is based on the amendment to the U.S. Sentencing Guidelines promulgated by the U.S. Sentencing Commission on April 30, 2014, which would revise the guidelines applicable to drug trafficking offenses by lowering the base offense levels in the Drug Quantity Table in Section 2D1.1.

Congress has until November 1, 2014 to disapprove the amendment. See U.S. Sentencing Comm'n News Release, U.S. Sentencing Commission Unanimously Votes to Allow Delayed Retroactive Reduction in Drug Trafficking Sentences (July 18, 2014). If Congress decides to let the

guideline reductions stand, then federal courts may begin considering petitions for sentence reductions.  Until then, however, any request for relief under the amendment is premature and must be denied.

**IT IS, THEREFORE, ORDERED** that the Defendant's *pro se* motion for a reduction of sentence [Doc. 57] is **DENIED**.

**IT IS SO ORDERED.**     Signed: August 1, 2014

Martin Reidinger
United States District Judge